UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 15-10338-FDS |
| v. ) | |
| ) | |
| OSCAR NOE RECINOS-GARCIA, ) | |
| a/k/a "PSYCHO," et al. ) | |
| Defendants. ) | |

## STATUS REPORT REGARDING DISCOVERY

Pursuant to the Court's Order, dated April 27, 2016, the government provides the following status report regarding discovery.

The government provided automatic disclosures on August 19, 2016 and additional disclosures as well. The government is continuing to compile additional Global Discovery relating to prior incidents from state authorities involving the charged homicides and attempted murders. Discovery meetings with state officials have been conducted and have been scheduled to gather the any additional materials in a continuing effort to collect this discovery. Additional discovery in the form of, for example, medical records, autopsy reports and crime scene reports that were just received, and materials related to the recent indictment will be included with the next production, which is expected to take place in December 2016.

As noted in previous status reports, the government has, and is continuing to produce, certain categories of early Jencks.  However, there are certain categories of Jencks that the government cannot disclose at this stage of the case due to safety concerns for witnesses and their respective families.  The government intends to produce additional Jencks material after it has taken all reasonable steps to ensure the safety of witnesses and their families -- both in the United States and abroad.  Finally, the government is continuing to receive new reports and materials, which the government will produce on a rolling basis.

                      Respectfully submitted,

                      CARMEN M. ORTIZ
                      United States Attorney

            By:   s/ Glenn A. MacKinlay
                  Glenn A. MacKinlay
                  Peter K. Levitt
                  Christopher Pohl
                  Assistant U.S. Attorneys

Dated: December 1, 2016

**CERTIFICATE OF SERVICE**

I, Glenn A. MacKinlay, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

s/ Glenn A. MacKinlay
Glenn A. MacKinlay
Assistant U.S. Attorney

Dated: December 1, 2016